Cristina Perez Hesano (#027023)
*cperez@perezlawgroup.com*
**PEREZ LAW GROUP, PLLC**
7508 N. 59th Avenue
Glendale, AZ 85301
602.730.7100

*Counsel for Plaintiffs & the Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| H.H. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Shenzhen Smoore Technology Company, Ltd.; Smoore International Holdings Limited; Jupiter Research, LLC; CB Solutions, LLC d/b/a Canna Brand Solutions; Greenlane Holdings, Inc.,<br><br>Defendants. | Case No. 2:25-cv-02259-DWL<br><br>**NOTICE OF DISMISSAL OF ACTION** |

Pursuant to Rule 41(a)(1)(A)(i) Fed. R. Civ. P., Plaintiff H.H. hereby gives notice that all claims in this action against all Defendants are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Date: July 2, 2025.                **PEREZ LAW GROUP, PLLC**


*/s/ Cristina Perez Hesano*
Cristina Perez Hesano
7508 N. 59th Avenue
Glendale, AZ 85301
cperez@perezlawgroup.com
*Counsel for Plaintiffs H.H. and the Class*